**Milton H. WHITAKER, Plaintiff–
Appellant,**

v.

**DEPARTMENT OF VETERANS AF-
FAIRS; D.S. UMLAUF, VA Service
Center Manager, Roanoke Regional
Office, Defendants–Appellees.**

No. 02–2089.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 16, 2002.

Decided Dec. 19, 2002.

Milton H. Whitaker, Appellant Pro Se.

Before LUTTIG, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Milton H. Whitaker appeals the district court's order dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Whitaker v. Department of Veterans Affairs,* No. CA–02–1010–7 (W.D.Va. Sept. 6, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*